UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

VLADIMIR DANILOV
aka:  Mair Danil

Case No. 6:06-CR-215-ORL-22KRS

_____/

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for February 21, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on December 7, 2006.

ANNE C. CONWAY
United States District Judge

Copies to:
U. S. Magistrate Judge Spaulding
Counsel of Record
U. S. Probation Office